IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHANON CRUMBLEY,

    Plaintiff,

v.                                                                                   No. 21-cv-0911 SMV

JO FOWLER,

    Defendant.

## ORDER DENYING MOTION TO FILE ELECTRONICALLY

THIS MATTER is before the Court on pro se Plaintiff's Motion for Leave to File Documents Electronically [Doc. 5], filed on September 23, 2021.

The Court will deny Plaintiff's request for leave to file documents electronically because Plaintiff seeks to file documents via email. Pro se parties may only file documents by mail, by in-person delivery, or, if they have been granted permission, by filing electronically using the Court's CM/ECF system. Information regarding paper filing and electronic filing is available in the "Guide for Pro Se Litigants" (at page 13), the "CM/ECF Administrative Procedures Manual," and the "Local Rules of Civil Procedure" which are available on the Court's website: www.nmd.uscourts.gov/representing-yourself-pro-se.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File Documents Electronically [Doc. 5], filed on September 23, 2021, is **DENIED**.

    IT IS SO ORDERED.

                                                                   **STEPHAN M. VIDMAR**
                                                                     **United States Magistrate Judge**