IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHANON CRUMBLEY,

    Plaintiff,

v.                                                                                          No. 2:21-cv-00911-KWR-SMV

JO FOWLER,

    Defendant.

### RULE 58 JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order of Dismissal (Doc. 10) entered on **October 19, 2021**, which dismissed all of Plaintiff's federal-law claims and declined to exercise jurisdiction over Plaintiff's state-law claims.

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**